**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2018 FEB 20  AM 9: 59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MIKEL EMERSON,

    Plaintiff,

vs.

Case No.: 5:18-cv-88-OC-30 PRL

TARGET CORPORATION, a Foreign
Profit Corporation and JAMISON
BROCK, Individually,

    Defendants.
_____/

### DEFENDANT, TARGET CORPORATION'S, NOTICE OF REMOVAL

To:    The Judges of the United States District Court
    for the Middle District of Florida
    Ocala Division
    Golden-Collum Memorial Federal Building
    & U.S. Courthouse
    207 N. W. Second Street
    Ocala, Florida 34475

Pursuant to the provisions of 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendant, TARGET CORPORATION, hereby removes to this Court the action filed against it in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, and as grounds for the removal of this action to the United States District Court for the Middle District of Florida, Ocala Division, this Defendant states as follows:

1.  There is presently pending in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, the following styled action: MIKEL EMERSON, Plaintiff, vs. TARGET CORPORATION and JAMISON BROCK, Defendants, bearing Case No.: 2017-CA-000677-AXXX-XX.

2.  That on or about April 12, 2017, the Plaintiff, Mikel Emerson, filed a Complaint and jury demand in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida. The Lake County Clerk of Court's Docket for Case No. 35-2017-CA-000677-AXXX-XX; Civil Cover Sheet; Complaint; Summons to be issued by Clerk as to Jamie Little; Summons to be issued by Clerk as to Target Corporation; Plaintiff's Notice of Service of Interrogatories to Target Corporation; Plaintiff's Request for Production to Target Corporation; Summons issued by Clerk as to Jamie Little; Summons issued by Clerk as to Target Corporation; Return of Service as to Target Corporation (Served 5/2/2017); Return of Service as to Jamie Little (Served 5/10/2017); Defendant, Target Corporation's, Answer to Plaintiff's Complaint and Demand for Jury Trial; Defendant, Target Corporation's, Notice of Service of Interrogatories to Plaintiff; Defendant, Target Corporation's, Interrogatories to Plaintiff; Defendant, Target Corporation's, Request to Produce to Plaintiff; Defendant, Target Corporation's, Designation of Electronic Mail Addresses; Defendant, Jamie Little's, Motion to Quash Service of Process; Defendant, Target Corporation's, Notice of Taking Deposition (Mikel Emerson); Defendant, Target Corporation's, Notice of Service of Answers to

Interrogatories; Defendant, Target Corporation's, Response to Plaintiff's Request for Production; Plaintiff's Notice of Service of Answers to Defendant's Interrogatories; Defendant, Target Corporation's, Amended Notice of Taking Deposition (Mikel Emerson); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 8/22/2017); Plaintiff's Response to Defendant's Request for Production; Defendant, Target Corporation's, Notice of Production from Non-Party (dated 8/25/2017); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 9/20/2017); Defendant, Target Corporation's, (second) Notice of Production from Non-Party (dated 9/20/2017); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 9/21/2017); Plaintiff's Notice of Withdrawal of Counsel Todd A. Curtin, Esq., Only; Defendant, Target Corporation's, Notice of Production from Non-Party (dated 9/25/2017); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 10/16/2017); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 10/19/2017); Defendant, Target Corporation's, Notice of Production from Non-Party (dated 10/24/2017); Defendant, Target Corporation's, Notice of Continuation of Plaintiff's Deposition Duces Tecum (dated 11/8/2017); Defendant, Target Corporation's, Notice of Cancellation of Deposition (Mikel Emerson); Defendant, Target Corporation's, Notice of Continuation of Plaintiff's Deposition Duces Tecum (dated 1/12/2018); Plaintiff's Motion to Amend Complaint and proposed First Amended Complaint (substituting Jamison Brock for Jamie Little); Defendant, Target

3

Corporation's, Notice of Production from Non-Party (dated 1/29/2018); Defendant's, Target Corporation and Jamison Brock, Answer to Plaintiff's First Amended Complaint, and Demand for Jury Trial; Notice of Service of Defendant, Jamison Brock's, Proposal for Settlement to Plaintiff; Defendant, Target Corporation's, Notice of Production from Non-Party (dated 2/5/2018); Defendant, Jamison Brock's, Motion for Final Summary Judgment and Incorporated Memorandum of Law (with Exhibits); and 2/13/2018 Plaintiff's Notice of Acceptance of Defendant, Jamison Brock's, Proposal for Settlement, are attached to this Notice as **Composite Exhibit 1** as required by U.S.C. §1446(a).

3. That this Notice of Removal is founded upon diversity of citizenship jurisdiction pursuant to 28 U.S.C.A., Section 1332 and 28 U.S.C.A. Section 1441. The matter is between citizens of different states and the amount in controversy, excluding interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000).

4. That at all times material hereto, the Plaintiff in the above-styled action is a resident and citizen of the State of Florida residing in Lake County, Florida. Target is a foreign corporation. For purposes of diversity, the single Defendant has its citizenship in states other than the State of Florida. The Defendant, Target Corporation, is incorporated in the State of Minnesota. The Defendant's, Target Corporation, principal place of business is 1000 Nicollet Mall, Minneapolis, Minnesota 55403. There is complete diversity of citizenship between the Defendant and the Plaintiff. The Plaintiff's initial Complaint included Target's Store Team Leader (Store Manager),

Jamison Brock, a Florida resident, as a Defendant (incorrectly named Jamie Little in Plaintiff's initial Complaint but later corrected to Jamison Brock on 1/29/2018 (see Plaintiff's First Amended Complaint attached as **Composite Exhibit 1**). On 2/13/2018 the Plaintiff filed a Notice of Acceptance of Defendant, Jamison Brock's, Proposal for Settlement, which will dismiss Jamison Brock from the lawsuit (see Plaintiff's 2/13/2018 Notice of Acceptance of Defendant, Jamison Brock's, Proposal for Settlement, attached as **Composite Exhibit 1**). Therefore, as of 2/13/2018, diversity exists between the parties.

5. This case is properly removable under 28 U.S.C. §1441(a) since the Court has subject matter jurisdiction under Section 1332(a)(1). The initial Complaint was served on Target Corporation on 5/2/2017 and on Jamie Little (correct name is Jamison Brock) on 5/10/2017. The lawsuit was filed on 4/12/2017, and is being removed to Federal Court within one (1) year of the filing date, and three (3) days after the Plaintiff's acceptance of the Florida resident Defendant, Jamison Brock's, Proposal for Settlement. The amount in controversy in the initial Complaint was not specified, other than "This is an action for damages which exceed the sum of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.", and also states "As a direct and proximate result of the negligence, Plaintiff, MIKEL EMERSON, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization,

medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are permanent and continuing in nature within a reasonable degree of medical probability and the Plaintiff will suffer these losses in the future". Additionally, the Plaintiff is claiming as a result of the subject slip and fall, past medical bills in excess of $122,127.03, and over a million dollars in lost future income (see Plaintiff's Answers to Interrogatories no. 15 and 16, attached as **Exhibit 2**). The Plaintiff is claiming the subject fall resulted in a shoulder surgery, and she will require future shoulder, cervical and lumbar surgeries. Accordingly, the damages sought are in excess of the jurisdictional requirement of this Court.

6. That venue properly rests with the Middle District of the United States District Court, Ocala Division because this action is being removed from the Circuit Court, Fifth Judicial Circuit, in and for Lake County, Florida.

7. This Defendant has filed with the Clerk of Circuit Court, Fifth Judicial Circuit, in and for Lake County, Florida, a true and correct copy of this Notice of Removal pursuant to 28 U.S.C.A. 1446(e). See **Exhibit 3** attached.

8. That the undersigned attorney is authorized by Defendant, Target Corporation, to file this Notice of Removal.

9. That the undersigned attorney is licensed in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, Defendant, Target Corporation, respectfully requests that this Court assume jurisdiction of this action pursuant to 28 U.S.C.A. §§1332 and 1441.

Dated this 16th day of February, 2018.

Respectfully submitted,

/s/ James A. Coleman

**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Emails:   jcoleman@rclawpa.com
          rcunningham@rclawpa.com
          dthompson@rclawpa.com
Trial Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished by U.S. Mail this 16th day of February, 2018 to **GEORGE H. ANDERSON, III, ESQUIRE**, Dan Newlin & Partners, 7335 W. Sand Lake Road, Suite 300, Orlando, FL 32819.

/s/ James A. Coleman

**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788

Emails: jcoleman@rclawpa.com
rcunningham@rclawpa.com
dthompson@rclawpa.com
Trial Counsel for Defendant